**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert KUPAHU, Defendant–Appellant.**

**No. 07–10310.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 5, 2009.

Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Arthur E. Ross, Esq., Law Offices of Arthur E. Ross, Honolulu, HI, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Robert Kupahu appeals from his guilty-plea conviction and 175–month sentence

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

for conspiracy to provide an inmate of a prison with prohibited objects, in violation of 18 U.S.C. §§ 371 and 1791(a)(1), and possession of prohibited objects while being an inmate, in violation of 18 U.S.C. § § 1791(a)(1) and 2. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Kupahu's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Kupahu has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.